UNITED STATES DISTRICT COURT **PRO SE OFFICE**
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED JUN 16 2008 S.D. OF N.Y.*

David Johnson Pro-se Plaintiff
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

06 Civ. 13183 (Km)(K)

- against -

Hillel Bodek et. al, Defendants

NYC Department of Corrections

**NOTICE OF APPEAL IN A CIVIL CASE AND MOTION FOR AN EXTENSION OF TIME**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**MEMO ENDORSED**

Notice is hereby given that David Johnson Plaintiff Pro-se
*(party)*
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment
Defendants motion for summary Judgment is hear
*(describe the judgment)*
by granted on march 23rd 2008. in which a motion for reconsideration was filed by Plaintiff which June 10th 2008 for Judgment,
entered in this action on the 23rd day of march, 2008.
*(date)    (month)    (year)*

In the event that this form was not received in the Clerk's Office within the required time,

David Johnson Plaintiff respectfully requests that the Court grant an extension
*(party)*
of time in accordance with Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

In support of this request, David Johnson Plaintiff states that this Court's judgment was
*(party)*
received on 4/30/08 and that this form was mailed to the Court on 6/12/08.
*(date)*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

David Johnson Plaintiff
*Signature*
Din # 04A6578 Eastern
*Address*
Correctional Facility Box 338 Napanoch
*City, State & Zip Code* NY 12458

DATED: June 12th, 2008

(845) 647-7400
*Telephone Number*

NOTE: You may use this form if you are mailing your notice of appeal and are not sure that the *Pro Se* Office of the Southern District of New York will receive it within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

*[Handwritten endorsement:]* The Court will construe this notice as a motion to file an untimely appeal. That motion is granted, as the Court, at the time of this motion, also was ~~conducting~~ considering Plaintiff's motion for reconsideration. However, Plaintiff is advised to serve all Defendants with future pleadings. So ordered. /s/ 8/6/08