MANDATE



S.D.N.Y. - W. Plns
06-cv-13183
Karas, J.
Yanthis, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of January, two thousand nine,

Present:

>  Hon. Amalya L. Kearse,
>  Hon. Chester J. Straub,
>  Hon. Peter W. Hall,
>  *Circuit Judges.*



---

David Johnson,

>  *Plaintiff-Appellant*,

v.

NYC Department of Corrections, *et al.*,

>  *Defendants-Appellees.*



08-3345-br

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Appellee Hillel Bodek moves to dismiss the appeal as frivolous. Upon due consideration, it is hereby ORDERED that Appellant's motion is DENIED. It is further ORDERED that Appellee's motion to dismiss is GRANTED and the appeal is DISMISSED in its entirety because it lacks an arguable basis in law or fact. See *Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

>  FOR THE COURT:
>  Catherine O'Hagan Wolfe, Clerk
>
>  By: /s/

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

SAO-CHL

Issued as Mandate: 3/19/09